1150

No. 95–7534.  JACKSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 95–7548.  OLVERA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–7552.  BRASHER v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 95–7553.  BENNETT v. BOGAN, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 95–7561.  OSBURN v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 95–7567.  ENGELKING v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 95–7571.  CUMMING v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 95–7574.  ESTACHE ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–7575.  DEJESUS v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 95–7577.  HINTON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–7578.  HAZEL v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 95–7579.  EASTER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–7580.  HATTEN v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 95–7581.  DUBISKY ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 95–7582.  EDWARDS v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 95–7584.  HARDIN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.